AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

JUN 1 4 2017

Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH phxaz69@yahoo.com AND lspepe21@yahoo.com THAT IS STORED AT PREMISES CONTROLLED BY YAHOO! INC. 701 FIRST AVENUE, SUNNYVALE, CA 94089 | Case No. 17-6085-01-GEB |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Northern___ District of ___California___ *(identify the person or describe property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___2252A___, and the application is based on these facts:

☑ Continued on the attached sheet. (see attached affidavit of probable cause)
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Todd DiCaprio, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 14 June 17

*Judge's signature*

City and state: Wichita, KS

Gwynne E. Birzer, United States Magistrate Judge
*Printed name and title*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH phxaz69@yahoo.com and lspepe21@yahoo.com THAT IS STORED AT PREMISES CONTROLLED BY YAHOO! INC. 701 FIRST AVENUE, SUNNYVALE, CA 94089 | Case No. 17-6085-01-GEB<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Todd R. DiCaprio, Special Agent of the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information located in or associated with certain email accounts, phxaz69@yahoo.com and lspepe21@yahoo.com, that is stored at premises owned, maintained, controlled, or operated by Yahoo!, an email provider headquartered at 701 First Avenue, Sunnyvale, California, 94089. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Yahoo! to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. I have been employed as a Special Agent of the FBI since October 2007 and am currently assigned to the FBI Kansas City Division, Wichita Resident Agency. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the

United States, including violations of Title 18, United States Code §2252 and 2252A. I have participated in a wide variety of criminal investigations, to include violent crime, crimes against children, major theft, and other federal crimes. I have participated in the preparation and execution of many search warrants, including, but not limited to, those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(2) have been committed by PATRICK STEIN and others unknown. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. Since February 2016, the Federal Bureau of Investigation (FBI) has been conducting a domestic terrorism investigation of overlapping groups of individuals operating in southwestern Kansas known as the Kansas Security Force (KSF) and the Crusaders. These are militia groups whose members support and espouse sovereign citizen, anti-government, anti-Muslim, and anti-immigrant extremist beliefs. Certain key members of these groups, including

**GAVIN WAYNE WRIGHT, CURTIS WAYNE ALLEN and PATRICK STEIN**, regularly met and planned to carry out a violent attack against Muslims in their community and took steps in furtherance of accomplishing this, including identifying a target location. These individuals regularly used their cell phones to arrange the meetings and also utilized them to engage in additional discussion and coordination of their plans via a conference call app.

7. On October 14, 2016 WRIGHT, ALLEN, and STEIN were arrested by the FBI and charged with violating 18 U.S.C. §§ 844(i) and 2332(a).

### Search of Property Associated with WRIGHT, ALLEN, and STEIN

8. Following the arrest of WRIGHT, ALLEN, and STEIN, FBI Agents and other law enforcement personnel executed search warrants at their respective residences pursuant to Federal Search Warrants, including WRIGHT's residence in BEAVER (Oklahoma), STEIN's residence in WRIGHT (Kansas), and ALLEN's residence in LIBERAL (Kansas), and certain vehicles associated with these individuals.

9. During the course of the search, investigators identified and seized multiple electronic devices for later forensic examination. These devices were sorted/labeled according to where they were located.

10. In the process of packaging for transport to the Heart of American Regional Computer Forensics Laboratory (HARCFL), items from STEIN's residence in WRIGHT (Kansas) were inadvertently mislabeled as coming from WRIGHT's residence. This error was noticed on November 1, 2016.

11. HARCFL Computer Forensic Examiner (CFE) Amy Corrigan was assigned to review various devices associated with the domestic terrorism investigation. CFE Corrigan

employed forensic software to review graphics on the seized electronic media for image evidence associated with the domestic terrorism plot.

### USB Devices Reveal Child Pornography

12. During the examination of certain USB devices, CFE Corrigan observed images depicting children engaged in sexual explicit conduct, including:

   a. An image located on a 16GB USB drive depicting a naked girl approximately 5-7 years old tied up with ropes with her legs spread apart. The path for this photo depicting the sexual bondage of a prepubescent female was "/New Folder/New Folder 10/ - 04.jpg". This is on HARCFL item number HARCFL097618.

   b. An image located on a 16GB USB drive depicting a dark haired girl holding a dripping adult male penis and grimacing. This is on HARCFL item number HARCFL097622.

13. At the time of CFE Corrigan's examination, both USB devices were inadvertently mislabeled as being seized from "Gavin Wright residence, Room D, white bucket on floor near couch." These were actually from STEIN's residence in WRIGHT, Kansas, located in Room D in a white bucket on the floor near a couch.

14. Upon seeing these images, CFE Corrigan stopped review of graphic files for law enforcement to obtain a search warrant for the devices associated with WRIGHT's residence (because CFE Corrigan then believed these devices were seized from WRIGHT's residence).

15. Agents obtained a Federal Search Warrant (Western District of Missouri Case No. 16-SW-00279-SWH) for the purpose of examining items, listed by attachment, for evidence of child pornography offenses. The attached list included the items that were, at that time, labeled as associated with WRIGHT's residence.

16. Forensic examination of these devices revealed approximately 250 images of child pornography/child erotica, along with 2 videos of the same, on two USB drives discussed above

in paragraphs 10a and 10b. Other evidence on those devices implicated the use of the USB drives by STEIN, including apparently self-made masturbation and adult porn videos of STEIN and a photo of STEIN's drivers' license.

17. On November 1, 2016, the error in labeling was discovered, indicating these devices were actually seized from STEIN's residence in WRIGHT, Kansas.

### Devices at STEIN's Residence Reveal Child Pornography

18. Prior to the November 1 discovery of the error in labeling, CFE Corrigan continued her review of other electronic devices seized pursuant to the domestic terrorism investigation.

19. While reviewing evidence seized from the residence of PATRICK STEIN at 10888 Doll Street, WRIGHT, Kansas, CFE Corrigan identified a possible image of child pornography.

20. Specifically, CFE Corrigan identified an image from thumbcache_256.db depicting a dark haired girl with pigtails and striped, over the knee socks, possibly five to six years old, with her knees spread and vagina showing (8a3b41d5264e7db2.jpg). The thumbcache_256.db file has a creation date of November 3, 2011 and a last modified date of March 29, 2013. It is located on the 120GB Western Digital hard drive (HARCFL095619) from a black HP Pavilion laptop with serial number CNF8162RBH (HARCFL097588) which was labeled "10888 Doll St., Wright KS - Room C - closet top shelf."

21. On December 1, 2016 a Federal Search Warrant, Warrant Number 16-SW-00310-SWH, was obtained in the Western District of Missouri. On the same date the warrant was executed at the HARCFL for the electronic devices identified as being recovered at PATRICK STEIN's residence in WRIGHT, Kansas.

22. On March 1, 2017 a Report of Examination was obtained from the HARCFL. Possible child pornography was located as follows:

5

    a. Over 390 images of possible child pornography were located as follows:

        i. Approximately 72 of these were located on the 120GB hard drive from the HP laptop and were small images from the thumbcache or associated with the Yahoo Messenger application.

        ii. Over 280 of the images were located on the 16GB SanDisk USB drive (HARCFL097618 – named XXX) in folders with names such as **hot sister pics, PTRE** and **Yahoo exchange.**

        iii. Approximately 37 of these were located on the 16GB SanDisk Cruz USB drive (HARCFL097622 – named **VIDEO PICS**) in a folder called **Pics.**

    b. Two videos of possible child pornography were located, one from each of the USB drives (HARCFL097618 and HARCFL097622). Both were in folders that also contained adult pornography videos.

    c. Internet artifacts were located on the 120GB hard drive from the HP laptop (HARCFL0955619) that show accessing or downloading files with names indicative of possible child pornography. A file of bookmarks was located on the HP laptop drive with web sites with names indicative of possible child pornography. Thumbnail photos of possible child pornography were located for a Yahoo friend called **lspepe21** who conversed with **phxaz69** (a username of PATRICK STEIN) in 2011. The first thumbnail photograph (with a created date of September 3, 2011) depicts a female wearing a pink top and white bottoms that are pulled to the side exposing her vagina. The female's head has been cropped out of the frame. The genitals are exposed and the female appears prepubescent due to the absence of pubic hair. The second thumbnail photograph (with a created date of November 8, 2011) depicts what appears to be a 12-16 year old female looking over her right shoulder, finger to her mouth, wearing only a bra and underwear with partial exposure of her buttocks.

23.    On March 17, 2017, pursuant to a subpoena, Yahoo! Inc. provided the following information relative to username **phxaz69**:

    a. Full Name: Mr. Patrick G

    b. Alternative Communication Channels: mylargecock@gmail.com (Unverified), pstein.stein@gmail.com (Verified)

    c. Account Created: Sun May 24 22:58:45 2009 GMT

    d. Account Status: Active

This indicates the account is still active and has not been deleted/terminated. Evidence may exist, and likely still exists, within the account.

24. On May 17, 2017, pursuant to a subpoena, Yahoo! Inc. provided the following information relative to username **lspepe21**:

   a. Full Name: Ls Pepe

   b. Alternate Communication Channels: celinedeaix@hotmail.fr (Verified)

   c. Account Created (reg): Thu Feb 3 01:34:38 2011 GMT

   d. Account Status: Active

This indicates the account is still active and has not been deleted/terminated. Evidence may exist, and likely still exists, within the account.

## BACKGROUND CONCERNING EMAIL

25. In my training and experience, I have learned that Yahoo! provides a variety of on-line services, including electronic mail ("email") access, to the public. Yahoo! allows subscribers to obtain email accounts at the domain name (e.g., yahoo.com, gmail.com), like the email account[s] listed in Attachment A. Subscribers obtain an account by registering with Yahoo! During the registration process, Yahoo! asks subscribers to provide basic personal information. Therefore, the computers of Yahoo! are likely to contain stored electronic communications (including retrieved and unretrieved email for Yahoo! subscribers) and information concerning subscribers and their use of Yahoo! services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

7

26. A Yahoo! subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Yahoo!. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

27. In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that even if subscribers insert false information to conceal their identity, I know that this other information can and often does provide clues to their identity, location or illicit activities.

28. In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP

address information can help to identify which computers or other devices were used to access the email account.

29. In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

30. This application seeks a warrant to search all responsive records and information under the control of Yahoo!, a provider subject to the jurisdiction of this court, regardless of where Yahoo! has chosen to store such information. The government intends to require the disclosure pursuant to the requested warrant of the contents of wire or electronic communications and any records or other information pertaining to the customers or subscribers if such communication, record, or other information is within Yahoo!'s possession, custody, or control, regardless of whether such communication, record, or other information is stored, held, or maintained outside the United States.[1]

---

[1] It is possible that Yahoo! stores some portion of the information sought outside of the United States. In <u>Microsoft Corp. v. United States</u>, 2016 WL 3770056 (2nd Cir. 2016), the Second Circuit held that the government cannot enforce a warrant under the Stored Communications Act to require a provider to disclose records in its custody and control that are stored outside the United States. As the Second Circuit decision is not binding on this court, I respectfully request that this warrant apply to all responsive information— including data stored outside the United

9

31.     As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the

---

States—pertaining to the identified account that is in the possession, custody, or control of Yahoo!. The government also seeks the disclosure of the physical location or locations where the information is stored.

10

offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

32. In general, an email that is sent to a Yahoo! subscriber is stored in the subscriber's "mail box" on Yahoo! servers until the subscriber deletes the email. If the subscriber does not delete the message, the message can remain on Yahoo! servers indefinitely. Even if the subscriber deletes the email, it may continue to be available on Yahoo!'s servers for a certain period of time.

33. Based on my training and experience, I know that individuals with a sexual interest in children frequently use email accounts and instant messaging to discuss, trade, and store child pornography. Frequently, individuals with a sexual interest in children will establish a secondary or alternative account, distinct from their "legitimate" account, to engage in these communications and transactions. In this case, STEIN's sexual interest in children is evident from his collection of child pornography.

34. In instances where the secondary or alternative account is used for child-pornography related activities, the username typically does not include personal identifiers of the user, but may otherwise reflect some form of sexual interest as a signal to other like-minded individuals. In this case, STEIN's legitimate "pstein.stein@gmail.com" account is notably distinct from "phxaz69@yahoo.com." Where the former includes STEIN's last name and first initial, the latter may phonetically refer to anal-penetration as well as the colloquial for mutual simultaneous oral sex. On the other side, the "lspepe21@yahoo.com" account begins with LS, an acronym used by child pornographers to refer to the "Lolita Series" (depictions of prepubescent

11

females engaged in the lascivious exhibition of the genitals, typically involving modeling-stylized sets or locations or props).

35. I believe there is a likelihood that evidence associated with the distribution and receipt of child pornography may be found in either and both accounts described above, because STEIN and his counterpart have created or used secondary or alternate accounts to discuss and trade child pornography, and those accounts have been used over an extended period of time of several years, suggestive that retention of the account (and the information contained therein) has been important to the users. Furthermore, based on STEIN's creation of a folder titled "Yahoo exchange" (referenced above in paragraph 22(a)(ii)), STEIN appears to have specifically used a Yahoo account or accounts to exchange child pornography with likeminded individuals.

## CONCLUSION

36. Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Yahoo! who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

37. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

_____
Todd R. DiCaprio
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on ___June 14_____, 2017.

_____
Honorable Gwynne E. Birzer
UNITED STATES MAGISTRATE JUDGE

13

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with phxaz69@yahoo.com and lspepe21@yahoo.com that is stored at premises controlled by Yahoo!, a company that accepts service of legal process at 701 First Avenue, Sunnyvale, California, 94089.

# ATTACHMENT B

## Particular Things to be Seized

**I.     Information to be disclosed by Yahoo! (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

   a. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

   b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

   c. The types of service utilized;

   d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

   e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 2252A(a)(2), those violations involving PATRICK STEIN, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Transmissions between Yahoo! accounts lspepe21@yahoo.com and phxaz69@yahoo.com related to possessing, obtaining, trading, storing, and/or distributing video and/or photographic depictions of child pornography (as that term is defined in 18 U.S.C. 2256(8)) or content otherwise relating to the sexual abuse or exploitation of minors.

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner.

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation.

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID phxaz69@yahoo.com about matters relating to the possession, receipt, and distribution of child pornography, including records that help reveal their whereabouts.

2

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Yahoo!, and my official title is _____. I am a custodian of records for Yahoo!. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Yahoo!, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Yahoo! and

c. such records were made by Yahoo! as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____   _____
Date                                                          Signature